# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:11CR266 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TERRENCE MOORE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Jennifer L. Gilg and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Terrence Moore (Moore) (Filing No. 29). Ms. Gilg represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Mr. Gilg's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 29) is granted.

Donald L. Schense, 1304 Galvin Road South, Bellevue, NE 68005, (402) 291-8778, is appointed to represent Moore for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Gilg shall forthwith provide Mr. Schense with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Gilg which are material to Moore's defense.

The clerk shall provide a copy of this order to Mr. Schense, and he shall file his appearance forthwith.

**IT IS SO ORDERED.**

DATED this 14th day of September, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge